# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kramer, Kenneth B. | US Court of Appeals for Veterans Claims | 03/22/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| senior judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

625 Indiana Av, NW
Suite 900
Washington, DC 20004-2950

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | United States Association of Former Members of Congress |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kramer, Kenneth B. | 03/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kramer, Kenneth B. | 03/22/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kramer, Kenneth B. | 03/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Federal Savings Bank | A | Interest | K | T | | | | | |
| 2. Partnership Federal Credit Union | A | Interest | K | T | | | | | |
| 3. Invesco (formerly Van Kampen) Comstock Fund | B | Dividend | L | T | | | | | |
| 4. Fidelity Growth & Income Fund | A | Dividend | K | T | | | | | |
| 5. IRA #1 | D | Dividend | M | T | | | | | |
| 6. -T Rowe Price (TRP) Summit Fund | | | | | | | | | |
| 7. -TRP Mid Cap Value Fund | | | | | Buy | 12/20/12 | J | | |
| 8. | | | | | Buy (add'l) | 01/21/12 | J | | |
| 9. -TRP Emerging Market Fund | | | | | Buy | 12/17/12 | J | | |
| 10. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 11. 401K | | | N | T | | | | | |
| 12. --TRP Growth Stock Trust Fund | | | | | Sold (part) | | J | | |
| 13. -TRP International Stock Fund | | | | | Sold (part) | | J | | |
| 14. -TRP Mid Cap Growth Fund | | | | | Buy | | K | | |
| 15. -TRP Small Cap Value Fund | | | | | Sold | | K | | |
| 16. -TRP Stable Value Common Trust Fund | | | | | Sold (part) | | J | | |
| 17. -TRP Growth & Income Trust | | | | | Sold (part) | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TRP Equity Index Trust | | | | | Sold (part) | | K | | |
| 19. -TRP New Income Fund | | | | | Sold (part) | | J | | |
| 20. -TRP Value Fund | | | | | Sold (part) | | J | | |
| 21. IRA#2 Vanguard (V) Healthcare Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kramer, Kenneth B. | 03/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

401K: TRP does not report earnings or dates for transactions

VII.

USAA Tax Exempt Short Term Fund #(K)2 A div M T buy 12/17/12 L (redesignated to include (K); shown as VII line 4 on 2011 report; 2011 transactions as corrected: 2/2/11 K, 3/2/11 J, 3/21/11 J
USAA Tax Exempt Short Term Fund #(KL)3 A div L T buy 3/8/12 J (redesignated to include (KL); 2011 transactions as corrected: 2/2/11 K, 3/2/11 J, 3/21/11 J, 8/1/11 J
USAA Tax Exempt Short Term Fund #(L)4 B div L T buy: 4/3/12 J (redesignated to include (L); 2011 transactions as corrected: 2/17/11 J, 3/21/11 J, 5/9/11 J

IRA#3 V High Yield Corporate Fund D div L T

V Intermediate Tax Exempt Bond Fund #( L)1 D div N T (redesignated to include (L)
V 500 Index Fund B div L T
V Windsor ll Fund A div L T
V Limited Term Tax Exempt Fund A div K T
V Intermediate Term Tax Exempt Bond Fund #(L) 2 D div N T (redesignated to include (L)
V Tax Exempt Money Market Fund A div L T (erroneously reported as sold on the 2011 report)
V Intermediate Term Tax Exempt Bond Fund #( K) 3 D div M; partial sell 12/18/12 K; buy monthly with Internal Revenue Service mandated distributions from IRA # 4 (below) from 1/3/2012 to 12/3/12 J; redesignated to include (K)
V Total Stock Market Index Fund A div K T buy 12/18/12 K,

IRA #4 D div N T sell monthly from 1/3/12 to 3/2/12, in proportion to IRA holdings, for Internal Revenue Service mandated distributions; from 4/3/12 to 12/3/12 all such distributions from Intermediate Term Bond Index Fund; every monthly distribution: J

-V Strategic Equity Fund
-V Dividend Appreciation Index Fund sold 1/17/11K
-V Dividend Growth Fund buy 1/17/11 K
-V Emerging Markets Stock Index Fund partial sell 12/03/12 J
-V Primecap Fund th
-V Reit Index Fund
-V Small Cap Index Fund
-V Total International Stock Index Fund sell 1/17/12 J; buy: 12/3/12 J, 12/18/12 J
-V Total Stock Market Index Fund partial sell: 12/3/12 J, 12/18/12 J
-V Wellesley Income Fund
-V Wellington Fund
-V High Yield Corporate Fund
-V Intermediate Term Bond Index Fund
-V Energy Fund
-V Health Care Fund
-V Precious Metals & Mining Fund
-V FTSE All-World ex-US Fund buy 12/3/12 J

Rental Property # 1, Honolulu, Hi D rent M W
Rental Property #2,        ; should not have been included in 2011 report

| Name of Person Reporting | Date of Report |
|---|---|
| Kramer, Kenneth B. | 03/22/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth B. Kramer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544